UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| INDUSTRIAL TOWER AND WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY Z. ROISMAN, MARGARET CHENEY, AND RILEY ALLEN, as they are members of the STATE OF VERMONT PUBLIC UTILITY COMMISSION,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00045 |

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1 | License |
| 2 | List of Included Counties |
| 3 | License |
| 4 | List of Included Counties |
| 5 | Permit Plans |
| 6 | Propagation Plots |
| 7 | Tower Analysis |
| 8 | September 27, 2022 Letter of James A. Finger, Chief Executive Administrator |
| 9 | 60-Day Notice |
| 10 | Application (minus exhibits) |
| 11 | Public Utility Commission's June 28, 2022 Memorandum |
| 12 | Vermont Agency of Natural Resources' July 26, 2022 Motion for Extension of Comment Period |
| 13 | Public Utility Commission's August 4, 2022 Order |
| 14 | Industrial Tower and Wireless' August 26, 2022 Motion to Extend Response Deadline |
| 15 | Public Utility Commission's September 1, 2022 Order |
| 16 | Industrial Tower and Wireless' September 8, 2022 Second Motion to Extend Response Deadline |
| 17 | Public Utility Commission's September 12, 2022 Order |

| | |
|---|---|
| 18 | Industrial Tower and Wireless' September 29, 2022 Response to Motions for Permissive Intervention and Consolidated Response to Public Comments and Comments Submitted by the Department of Public Service |
| 19 | Public Utility Commission's October 3, 2022 Memorandum |
| 20 | Intervenors' October 7, 2022 Motion for Hearing |
| 21 | Public Utility Commission's October 11, 2022 Memorandum |
| 22 | Public Utility Commission's October 14, 2022 Procedural Order |
| 23 | Department of Public Service's October 18, 2022 Motion to Change Schedule |
| 24 | Public Utility Commission's October 21, 2022 Order |
| 25 | Industrial Tower and Wireless' October 27, 2022 Opposition to Intervenors' Motion for Hearing |
| 26 | Department of Public Service's October 28, 2022 Reply Comments |
| 27 | Industrial Tower and Wireless' October 31, 2022 Supplement to its Opposition to Intervenors' Motion for Hearing |
| 28 | Public Utility Commission's November 4, 2022 Order |
| 29 | Department of Public Service's December 15, 2022 Motion to Change Schedule |
| 30 | Department of Public Service's December 23, 2022 Aesthetics Analysis |
| 31 | Intervenors' December 23, 2022 Brief |
| 32 | Public Utility Commission's December 27, 2022 Memorandum |
| 33 | Industrial Tower and Wireless' January 13, 2022 Response to December 23, 2022 Comments |