# Exhibit 17

STATE OF VERMONT
PUBLIC UTILITY COMMISSION

Case No. 22-2442-PET

| Petition of Industrial Tower and Wireless, LLC requesting a certificate of public good, pursuant to 30 V.S.A. § 248a, authorizing the installation of wireless telecommunications equipment in Ira, Vermont | |

Order entered: 09/12/2022

### ORDER GRANTING MOTION TO EXTEND COMMENT DEADLINE

This case concerns Industrial Tower and Wireless, LLC's ("Petitioner") petition filed with the Vermont Public Utility Commission ("Commission") to construct a wireless telecommunications facility in Ira, Vermont.

On September 8, 2022, the Petitioner filed a motion requesting that the deadline for it to respond to various motions and comments filed in this proceeding be extended until September 30, 2022, to allow additional time for it to file a consolidated response to all motions and comments filed in the case.

I find that the request is reasonable and will not unnecessarily delay this proceeding. Therefore, I grant the Petitioner's request and the deadline for its response to all motions and comments is extended until September 30, 2022.

**SO ORDERED.**

Case No. 22-2442-PET	Page 2

Dated at Montpelier, Vermont, this ___12th day of September, 2022___.

	Gregg Faber
	Hearing Officer

OFFICE OF THE CLERK

Filed: September 12, 2022

Attest: _____
	Clerk of the Commission

*Notice to Readers: This decision is subject to revision of technical errors. Readers are requested to notify the Clerk of the Commission (by e-mail, telephone, or in writing) of any apparent errors, in order that any necessary corrections may be made. (E-mail address: puc.clerk@vermont.gov)*

PUC Case No. 22-2442-PET - SERVICE LIST

<u>Parties:</u>

| | |
|---|---|
| Kevin Anderson<br>Vermont Agency of Natural Resources<br>1 National Life Drive<br>Davis 2<br>Montpelier, VT 05620-3901<br>Kevin.Anderson@vermont.gov | (for Vermont Agency of Natural Resources) |
| Benjamin Civiletti<br>Department of Public Service<br>112 State Street<br>Montpelier, VT 05620<br>benjamin.civiletti@vermont.gov | (for Vermont Department of Public Service) |

^Raymond Gandy, *pro se*
462 Toppin Rd.
Ira, VT 05777
inwind71@aol.com

^David Gates, *pro se*
P.O. Box 607
West Rutland, VT 05777
dgates@bennington.edu

^Alta Johnston, *pro se*
1720 Route 133
Ira, VT 05777
francis.lloyd4@aol.com

^Francis & Ellen Lloyd, *pro se*
2228 Rt. 133
Ira, VT 05777
gardens113@aol.com

^Stanley Shapiro, *pro se*
2706 Rt. 133
Ira, VT 05777
stanudaman@gmail.com

Brian J. Sullivan                                         (for Industrial Tower and Wireless, LLC)
MSK Attorneys
PO Box 4485
275 College Street
Burlington, VT 05401
bsullivan@mskvt.com