# Exhibit 18

## STATE OF VERMONT
## PUBLIC UTILITY COMMISSION

Case No. 22-2442-PET

| | |
|---|---|
| Petition of Industrial Tower and Wireless, LLC for a Certificate of Public Good, pursuant to 30 V.S.A. § 248a, authorizing the construction of a wireless telecommunications facility in Ira, Vermont. | ) ) ) ) ) |

### RESPONSE OF INDUSTRIAL TOWER & WIRELESS, LLC
### TO MOTIONS FOR PERMISSIVE INTERVENTION

Petitioner, Industrial Tower and Wireless, LLC ("ITW"), by its counsel, MSK Attorneys, submits this Response to the Motions for Permissive Intervention made by certain parties owning property near the proposed site of the wireless communications facility ("Facility") that is the subject of the present case.[1]

Although the parties that have moved for intervention ("Moving Parties") who live along Vermont Route 133 would only have views of the tower portion of the Facility that are backdropped by hills and trees, ITW does not object to any of the Moving Parties' requests for permissive intervention on aesthetic grounds and those of "orderly development." However, the Moving Parties' arguments concerning exposure to radio frequency waves, effects on property values, historic resources, wildlife and alleged defects in the process established by the Legislature in 30 V.S.A. § 248a either fall outside this Commission's jurisdiction or the interests asserted thereunder will be adequately protected by the Department of Public Service. *See Petition of New Cingular Wireless PCS, LLC*, Case No. 21-1144-PET, Order of 5/17/21 at 2 (reaching similar conclusion). Therefore, ITW objects to the Moving Parties' motions to intervene on those grounds.

*Signature on Following Page*

---

[1] Ms. Annette Smith listed her address as "Danby, Vermont" in the comments she filed. It is not clear where her property is in relation to the Facility.

Dated: September 29, 2022
Burlington, Vermont

                    Respectfully submitted,

By: *S/ Brian Sullivan*
      Brian J. Sullivan

      MSK Attorneys
      275 College Street
      P.O. Box 4485
      Burlington, VT 05406-4485
      Phone: (802) 861-7000
      Fax: (802) 861-7007
      Email: bsullivan@mskvt.com

*Attorneys for Industrial Tower and Wireless, LLC*